FILED
BILLINGS DIV.

2008 OCT 15  PM 1 29

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| CASEY SEAN TAYLOR, Individually and as Personal Representative for the Estate of Geraldine Taylor, Deceased, </br></br>    Plaintiff, </br></br> vs. </br></br> PROPANE SERVICES, INC., a Montana Corporation, and DOES 1-10, </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) CV-07-55-BU-RFC </br> ) </br> ) **ORDER** </br> ) </br> ) </br> ) </br> ) </br> ) |

Upon Stipulation between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED the _15th_ day of October, 2008.

_____
RICHARD F. CEBULL
U. S. DISTRICT JUDGE